VIRGINIA & AMBINDER, LLP
By: Michael Bauman, Esq.
111 Broadway, Suite 1403
New York, New York 10006
Office Tel. No.: (212) 943-9080
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| TRUSTEES OF THE NEW JERSEY B.A.C. HEALTH FUND, TRUSTEES OF THE NEW JERSEY BM&P APPRENTICE AND EDUCATION FUND, TRUSTEES OF THE BRICKLAYERS & TROWEL TRADES INTERNATIONAL PENSION FUND, and RICHARD TOLSON, as Administrator of BAC ADMINISTRATIVE DISTRICT COUNCIL OF NEW JERSEY, <br><br> Plaintiffs, <br><br> -against- <br><br> MARK F. WIRT & ASSOCIATES, LLC, <br><br> Defendant. | 13 cv 3818 (SDW)(MCA) <br><br><br> **JUDGMENT** |

The Summons and Complaint in this action having been duly served on the above-named Defendant Mark F. Wirt & Associates, LLC, and said Defendant having failed to plead or otherwise defend in this action, and said Default having been duly noted, and upon the annexed Declarations and the exhibits thereto;

NOW, on the motion of Virginia & Ambinder, LLP, attorneys for Plaintiffs, it is hereby

ORDERED AND ADJUDGED, that Plaintiffs Trustees of the Trustees of the New Jersey B.A.C. Health Fund, Trustees of the New Jersey BM&P Apprentice and Education Fund, Trustees of the Bricklayers & Trowel Trades International Pension Fund, Trustees of the International Masonry Institute and Richard Tolson, as Administrator of BAC Administrative District Council of New Jersey, do recover of Defendant Mark F. Wirt & Associates, LLC with its principal place of business at 908 N. Broome Street, Wilmington, DE 09806, the amount of

$22,419.65, plus interest at the legal rate in effect on the date of this judgment; and that the Plaintiffs have execution therefor.

Judgment dated: November 4, 2013

By: _____
U.S.D.J.